UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARD ROBLES,<br>        Plaintiff,<br>   v.<br>MARTIN GAMBOA, et al.,<br>        Defendants. | Case No. 24-cv-08128-TLT<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE, OF TRANSFER** |

Plaintiff, a state prisoner incarcerated at San Quentin Rehabilitation Center (SQRC), filed a *pro se* civil rights action about injuries from water quality at Avenal State Prison. The Court previously dismissed plaintiff's action for failing to comply with General Order No. 76 and file his case-initiating documents electronically or file a motion to file them by mail. Dkt. No. 6. Plaintiff subsequently filed his case-initiating documents by email. Dkt. Nos. 9, 10. The Court therefore vacates the prior judgment (Dkt. No. 7) and reopens the case. Because the events or omissions giving rise to plaintiff's claim(s) appear to have occurred at Avenal State Prison and elsewhere in Kings, Kern, and Fresno County, which lie within the Eastern District of California, *see* 28 U.S.C. § 84(b), venue lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the Eastern District of California.

//

//

//

//

//

The Court orders as follows:

1. The Clerk shall vacate the prior judgment and reopen the case.

2. The Clerk shall transfer the case to the United States District Court for the Eastern District of California, terminate any motions on this Court's docket as no longer pending in this district, and re-close the file.

**IT IS SO ORDERED.**

Dated: September 3, 2025

```
                                              _____
                                              TRINA L. THOMPSON
                                              United States District Judge
```