**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH RICHARD ROBLES, | No.  1:25-cv-01118 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION |
| v. | |
| WARDEN MARTIN GAMBOA, et al., | (Doc. 22) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The assigned magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), found Plaintiff failed to state a cognizable claim upon which relief may be granted, and granted Plaintiff thirty days to file an amended complaint.  (Doc. 18.)  Plaintiff failed to file an amended complaint or otherwise respond to the Court's screening order.  Therefore, on November 26, 2025, the Court ordered Plaintiff to show cause why the action should not be dismissed.  (Doc. 20.)

After Plaintiff failed to respond to the order to show cause, the magistrate judge issued Findings and Recommendations recommending dismissal of the action for failure to state a cognizable claim for relief.  (Doc. 22.)  The Court served Plaintiff with the Findings and Recommendations and notified him that any objections were due within 14 days.  (Doc. 22 at 8.)

1

The Court also informed Plaintiff that the failure to file timely objections may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections or otherwise communicate with the court regarding this action, and the deadline to file objections has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on January 6, 2026 (Doc. 22) are **ADOPTED** in full.

2.    This action is **DISMISSED** with prejudice for failure to state a cognizable claim upon which relief may be granted.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 5, 2026**

UNITED STATES DISTRICT JUDGE

2